# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF HUTALIO SERRANO-GRANADOS, by and through its personal representative GABRIELA SERRANO; GABRIELA SERRANO (for herself); B.S., G.L.S., and G.S., minor children of Plaintiffs' Decedent, by and through their Guardian ad Litem GABRIELA SERRANO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF COLTON, a public entity; DOES 1 through 10, individually and in their official capacity as police officers for the CITY OF COLTON,<br><br>Defendants. | Case No.: EDCV13-519-JAK(OPx)<br>*[Assigned to District Judge John Kronstadt and Magistrate Judge Oswald Parada]*<br><br>**ORDER DENYING EX PARTE APPLICATION TO DISQUALIFY PLAINTIFFS' EXPERT RONALD L. O'HALLORAN, M.D. AND PLAINTIFFS' COUNSEL JORGE GONZALEZ; GRANTING APPLICATION TO SHORTEN TIME FOR THE HEARING OF A MOTION REQUESTING SUCH RELIEF**<br><br>(Dkt. 60) |

Having considered all papers filed regarding the application, and good cause having been shown therefor, IT IS ORDERED:

Defendants have not shown that their "cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures." *Mission Power Eng'g Co .v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

The present ex parte application of defendant City of Colton is hereby deemed a motion requesting the relief set out in the application, and this motion is set for hearing on June 16, 2014 at 8:30 a.m.

DATED: May 22, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE