Francisco A. Suarez (CBN 135479)
LAW OFFICES OF FRANCISCO A. SUAREZ
301 W. Mission Boulevard
Pomona, California 91766
T – 909-469-5111
F – 909-469-5113
E-mail: francisco.a.suarez@verizon.net

Jorge Gonzalez (CBN 100799)
A PROFESSIONAL CORPORATION
2485 Huntington Drive, Suite 238
San Marino, California 91108
T – 213-598-3278
E-mail: jggorgeous@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF HUTALIO SERRANO-GRANADOS, by and through its personal representative GABRIELA SERRANO; GABRIELA SERRANO (for herself); B.S., G.L.S., and G.S., minor children of Plaintiffs' Decedent, by and through their Guardian ad Litem GABRIELA SERRANO,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CITY OF COLTON, a public entity; DOES 1 through 10, individually and in their official capacity as police officers for the CITY OF COLTON,<br><br>                    Defendants. | Case No.: EDCV  13-519 JAK (OPx)<br>*[Hon. John A. Kronstadt, District Judge, Hon. Osvaldo Parada, Magistrate Judge]*<br><br>**PLAINTIFFS' CONCISE STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[Filed Concurrently with Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, Memorandum of Points and Authorities in Support Thereof; and Declarations and Exhibits in Support of Opposition to Motion for Summary Judgment]**<br><br>**Hearing Date: June 16, 2014**<br>**Time: 8:30 a.m.**<br>**Crtrm: R.F.B. 750** |

Plaintiffs hereby submit the following Concise Statement of Genuine Disputes of Material Facts in support of their Opposition to Defendant's Motion for Summary Judgment.

| ***THIRD CLAIM FOR RELIEF*** | |
|---|---|
| 1.  On January 15, 2012, Hutalio Serrano Granados came to the home where his wife and children were staying.  He was acting erratically, walking around and crossing and re-crossing the street.<br>App: pages 254-256, 268-275 | 1. Undisputed. |
| 2.  At that time, Mr. Serrano was under the influence of a high dose of methamphetamine.<br>App: page 155 | 2.  Disputed.<br>Salazar had a suspicion Serrano was under the influence of drugs, although he has never qualified to testify in court as an expert on narcotics.  (SS 62-65) |
| 3.  Mr. Serrano's family was worried about his safety and so made a 911 call to the police.<br>App: pages 243, 257-260, 276; Exhibit 13 | 3. Undisputed. |
| 4.  Officer Saul Salazar of the Colton Police Department responded to the 911 call made by the family of Mr. Serrano.<br>App: page 6 | 4.  Undisputed. |
| 5.  Officer Salazar's plan was to | 5.  Disputed in part, because Salazar |

| | |
|---|---|
| contact Mr. Serrano and evaluate the situation.<br>App: page 23 | was aware that the call of a "suspicious person" involved someone who had been walking in and out of traffic. (WH 41)  As he got out of the car he initially suspected the person might be mentally ill (WIC 5150) or under the influence of alcohol (PC 647f).  (SS 54-55) |
| 6.  Off. Salazar felt that Mr. Serrano might be under the influence of drugs, based on his observation that Mr. Serrano was sweating profusely, acting strangely, and did not comply with commands.<br>App: page 28 | 6.  Undisputed. |
| 7.  That, along with concern for his own safety, led Off. Salazar to call for a second officer.<br>App: page 33 | 7.  Disputed in part because Salazar thought he was acting strangely and suspected he might be under the influence of drugs.  (SS 62) Rather than talk to him in a calm manner, Salazar began to yell loudly at Salazar to get down, mostly in English, despite the fact that Serrano was answering him in Spanish.  (GS 180; BS 86) Serrano went down to his knees.  (SS 108)  Suddenly, Salazar struck Serrano in the upper body with a flashlight. (GS 183; TH 74)  Serrano immediately |

| | |
|---|---|
| | got up, but the officer frantically continued yelling at him.  Serrano remained on his knees.  (GS 183-184; WH 78-79) |
| 8.  Mr. Serrano continued to be uncooperative even after a second officer arrived on the scene.<br>App: page 40-41, 48, 92-95 | 8.  Disputed.<br>Colton police officer (Wade Harris) arrived within 6-7 minutes of Salazar's arrival.  (GS 176-177)  He immediately walked up to Serrano and kicked him, then tried to push him down by pushing Serrano in the back with his two hands.  (GS 192; EHA 87; WH 57-58)  The witnesses thought Serrano appeared afraid of the police.  (GS 182; TH 73)  Both officers yelled loudly at Serrano, mostly in English.  (EHA 88-89)  Serrano remained on his knees and moved around as the officers tried to come up behind him, saying "Por favor," which both officers understood to mean "Please."  (SS 111; WH 62)  The family members that were observing thought Serrano appeared afraid, and unable to understand, and was pleading with them to stop (as if not to hurt him), but the officers ignored his pleas.  (GS 194; SS 92, 111, 119; WH 65-67) |

| | |
|---|---|
| 9.  Off. Harris fired his TASER at Mr. Serrano when Mr. Serrano grabbed Off. Salazar and pulled him toward him.<br>App: pages 49, 96 | 9.  Disputed.<br>Both officers drew their personal Electrical Control Devices (Tasers) and pointed them at Serrano.  Once activated, the Tasers began to record in both a video and audio mode.  (SS 79)  The recordings show the events for the next minute or so, from both the vantage of Salazar and of Harris.  (Def. Exhibit 11)  The video clearly shows Serrano is on his knees on the ground at first, moving about a bit with both his hands and his knees (he raises one knee at one point and rubs it).  (WH 97)  He reached inside the chest of his sweatshirt and pulled out a crucifix, showing it to the officers.  (SS 65, 83)  At no time do the videos show Serrano coming to his feet or attempting to strike or assault the officers.  (RC 7)  At one point officer Salazar approached Serrano from the left side and appeared to grab his left arm.  Serrano turned toward the officer while on his knees and moved his right arm toward his left wrist, and suddenly, Harris immediately deployed his Taser in a dart mode at Serrano.  (Def. Ex. |

| | |
|---|---|
| | 11; WH 95, 152;  SS 183) |
| 10.  When Mr. Serrano still failed to comply with commands and began trying to get up, Off. Harris activated his TASER twice more.<br>App: pages 98-99, 101 | 10.  Disputed.<br>Serrano immediately fell to the ground, which is the expected reaction of a person being subjected to its electronic current, immobilizing them for the 5 seconds it is cycled.  (WH 97-98; SS 165)  Serrano began emitting noises as if he was in pain.  (EFJr 73-74)<br>Serrano returned to a kneeling position, pulling up his pants because they had gone down his backside.  (Def. Ex. 11)<br>The officers continued yelling at Serrano to Stop, but he wasn't being aggressive.  (EHJ 69)  Serrano rolled on the ground, and officer Harris yelled at Serrano to stop rolling.  (WH 10)<br>Officer Harris cycled his Taser again, then Salazar deployed his Taser.  He cycled it three more times, then Harris pulled the trigger again.  (SS 202; WH 14)  Serrano pleaded with the officers to Stop, yelling 'Por favor," over and over again.  (EH 114, EHJ 74; WH 86) |
| 11.  Off. Salazar also used his TASER three or four times, because Off. Harris' Tasing of Mr. Serrano had not appeared to be effective. | 11.  Disputed.<br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH |

| | |
|---|---|
| App: pages 50-52 | 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 12.  This Tasing also did not seem to greatly effect Mr. Serrano, as he again tried to get up.<br>App: pages 55-56 | 12.  Disputed.<br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 13.  When Sgt. Robbie Bornsheur arrived on the scene, he, Officer Harris, and Officer Salazar attempted to handcuff Mr. Serrano. | 13.  Undisputed. |

| | |
|---|---|
| App: pages 61, 65 | |
| 14.  Mr. Serrano resisted their efforts, moving and kicking, and so it was only after a great deal of effort they were able to handcuff Mr. Serrano. App: pages 109-110, 117-118 | 14.  Disputed. Salazar and Harris then jumped on top of Serrano, rolling him onto his stomach and attempting to handcuff him.  (SS 204, 211; WH 114, 114-116) Sgt. Bornsheur arrived and joined in the effort.  The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99) Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88) Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141) Officer Harris punched Serrano several times.  (WH 116, RB 72)  The officers exerted so much energy trying to keep Serrano down that they reported being totally exhausted.  (SS 215, 219, 245; WH 123-124; RB 63)  Salazar had to briefly step back to catch his breath. (SS 24, 219, 240) |
| 15.  Even after Mr. Serrano was handcuffed, he continued to struggle. App: pages 67-68, 115, 134- 135, 144 | 15.  Disputed. Officers put out on the radio "One cuffed but not secured."  (Def. Ex. 11) Witnesses saw the officers continue to |

| | |
|---|---|
| | hold Serrano down even though he was already handcuffed.  (EHJ 95-96) |
| 16.  At this point, Sgt. Bornsheur was kneeling by Mr. Serrano's right shoulder with his hand on Mr. Serrano's shoulder, while Officer Harris was doing the same on Mr. Serrano's left.<br>App: page 142 | 16.  Disputed.<br>The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99)  Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88)  Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141) |
| 17.  Two to four minutes after Mr. Serrano had been handcuffed, the officers noticed that he had stopped breathing and so they began CPR.<br>App: pages 76-78, 119, 123 | 17.  Disputed.<br>It appearing Serrano was no longer moving, the officers turned him over on his back to find he was lifeless.  A resident of the area yelled out "They killed him, he's dead!"  (EHJ 102-104; GS 216)  The officers began performing c.p.r. as they called for medical aid.  (SS 261)  Approximately 5 minutes had passed since the last Taser application.  (Ex. 11; RO pp.6) |
| 18.  As measured by standard police practices, Officer Salazar had reasonable suspicion to stop and detain Mr. Serrano.<br>App: pages 62, 536-538 | 18.  Disputed in part, because they had reason to believe he might be mentally ill (WIC 5150) which is not necessarily a criminal matter.  (SS 54-55) |

| | |
|---|---|
| 19.  Mr. Serrano died as a result of excited delirium.<br><br>App: pages 166-175, 417, 581-582, 626 | 19.  Disputed.<br><br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 20.  Mr. Serrano did not die as a result of being asphyxiated.<br><br>App: pages 162-163, 354, 581-582, 626 | 20.  Disputed.<br><br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 21.  Being Tased did not cause Mr. Serrano's death.<br><br>App: pages 178, 180-181, 494, 581-582, 626 | 21.  Undisputed. |
| 22.  Mr. Serrano did not die as a result of blunt force trauma.<br><br>App: page 163 | 22.  Undisputed. |
| 23.  There is no evidence that Gabriela | 23.  Disputed. |

| | |
|---|---|
| Serrano is the personal representative of the Estate of Hutalio Serrano-Granados.<br><br>Request for Judicial Notice; Declaration of Tony M. Sain, paragraph 11 | On May 22, 2014, Gabriela Serrano filed a Petition to Administer the Estate of Hutalio Serrano in the Superior Court of California, County of San Bernardino, Case No. PRO PS 1400413 (Pltf's Ex. C) |
| 24.  No custom, practice, or policy of the defendant was responsible for a deprivation of rights protected by the Constitution belonging to Mr. Serrano or any of the plaintiffs.<br><br>Ward Declaration, paragraphs 3-7 | Disputed.<br>Decedent's wife asked her son to call the police out of concern for her husband's welfare.  He had been acting strangely for days.  He acted incoherently on the date of the incident.  (GS 160-161, 165) Officer Salazar admits that Serrano was not acting appropriately or rationally from the moment he first encountered him.  (SS 98)  He claimed to know that mentally ill or people under the influence of drugs are easily agitate, and he needed to approach Serrano calmly in an effort to de-escalate the situation.  (SS 100, 103) However, witnesses all agree he did exactly the opposite.  He yelled at Serrano, primarily in English despite knowing Serrano |

was a Spanish speaker, and despite not giving orders that were clear, he became angry at Serrano when he didn't get on the ground (sit?).  He struck Serrano twice with a flashlight in the upper body when Serrano got on his knees, seemingly in an effort to do what he perceived the officer wanted of him.  (SS 81, 90) When Harris arrived the two of them continued treating Serrano in an aggressive manner, both yelling commands at him that they interpreted as not being complied with, despite various indications Serrano didn't understand.  (GS 191-192, 194; EH 87, 91)  Then they Tased Serrano without any indication that they were in imminent danger, nor that Serrano was actively trying to resist them or flee.  (RC 7)  Yet, they ignored obvious indicators that Serrano was afraid, his lack of aggressiveness, his repeated pleas not to hurt him (Por favor,

por favor), and that he remained on his knees almost the entire time they were dealing with him. Furthermore, in apparent contradiction of Colton policies, they repeatedly deployed the Taser, over and over again, seven times in 42 seconds, in what can only be described as malicious torture.   Salazar and Harris were patently acting directly in contravention of their own departmental policies regarding not using the Taser against a person who was not actively resisting, nor to gain compliance over persons who are not presenting a credible threat to the safety of the officers.  (SS 14, 146)  Nor, for that matter, does it appear he knows the difference between a passive and active resistance. (SS 150, 151)   They also violated their policy of repeated, successive use of the Taser without giving the person an opportunity to comply, (SS 160,

161, 192) or, if the ECD does
not appear to be effective, to
transition to another alternative
method of compliance.  (SS 189;
RC pp. 7-17)

Furthermore, Salazar admits he
has not had training on how to
prevent positional asphyxia,
except for hogtying.  (SS 252)
Yet, the Colton Police
Department never initiated an
internal investigation of the
actions of the officers herein.
Harris specifically denies having
been interviewed by anyone,
including Watch Commanders,
Watch Sergeants, or other
superiors from the Colton Police
Department.  (WH 21)
Roger Clark has opined that the Colton
police officers here acted contrary to
the training all police officers receive
to follow and the POST standards in
the state of California, in regards to
their use of force, the dealing with a
mentally ill person, and the potential
for positional asphyxia.  (Roger Clark
pp. 7-17).

***FOURTH CLAIM FOR RELIEF***

| | |
|---|---|
| 25.  On January 15, 2012, Hutalio Serrano Granados came to the home where his wife and children were staying.  He was acting erratically, walking around and crossing and re-crossing the street.<br>App: pages 254-256, 268-275 | 25. Undisputed. |
| 26.  At that time, Mr. Serrano was under the influence of a high dose of methamphetamine.<br>App: page 155 | 26.  Disputed.<br>Salazar had a suspicion Serrano was under the influence of drugs, although he has never qualified to testify in court as an expert on narcotics.  (SS 62-65) |
| 27.  Mr. Serrano's family was worried about his safety and so made a 911 call to the police.<br>App: pages 243, 257-260, 276; Exhibit 13 | 27. Undisputed. |
| 28.  Officer Saul Salazar of the Colton Police Department responded to the 911 call made by the family of Mr. Serrano.<br>App: page 6 | 28.  Undisputed. |
| 29.  Officer Salazar's plan was to contact Mr. Serrano and evaluate the situation.<br>App: page 23 | 29.  Disputed in part, because Salazar was aware that the call of a "suspicious person" involved someone who had been walking in and out of traffic. (WH 41)  As he got out of the car he |

| | |
|---|---|
| | initially suspected the person might be mentally ill (WIC 5150) or under the influence of alcohol (PC 647f).  (SS 54-55) |
| 30.  Off. Salazar felt that Mr. Serrano might be under the influence of drugs, based on his observation that Mr. Serrano was sweating profusely, acting strangely, and did not comply with commands.<br>App: page 28 | 30.  Undisputed. |
| 31.  That, along with concern for his own safety, led Off. Salazar to call for a second officer.<br>App: page 33 | 31.  Disputed in part because Salazar thought he was acting strangely and suspected he might be under the influence of drugs.  (SS 62) Rather than talk to him in a calm manner, Salazar began to yell loudly at Salazar to get down, mostly in English, despite the fact that Serrano was answering him in Spanish.  (GS 180; BS 86) Serrano went down to his knees.  (SS 108)  Suddenly, Salazar struck Serrano in the upper body with a flashlight. (GS 183; TH 74)  Serrano immediately got up, but the officer frantically continued yelling at him.  Serrano remained on his knees.  (GS 183-184; WH 78-79) |

| | |
|---|---|
| 32.  Mr. Serrano continued to be uncooperative even after a second officer arrived on the scene.<br><br>App: page 40-41, 48, 92-95 | 32.  Disputed.<br><br>Colton police officer (Wade Harris) arrived within 6-7 minutes of Salazar's arrival.  (GS 176-177)  He immediately walked up to Serrano and kicked him, then tried to push him down by pushing Serrano in the back with his two hands.  (GS 192; EHA 87; WH 57-58)  The witnesses thought Serrano appeared afraid of the police.  (GS 182; TH 73)  Both officers yelled loudly at Serrano, mostly in English.  (EHA 88-89)  Serrano remained on his knees and moved around as the officers tried to come up behind him, saying "Por favor," which both officers understood to mean "Please."  (SS 111; WH 62)  The family members that were observing thought Serrano appeared afraid, and unable to understand, and was pleading with them to stop (as if not to hurt him), but the officers ignored his pleas.  (GS 194; SS 92, 111, 119; WH 65-67) |
| 33.  Off. Harris fired his TASER at Mr. Serrano when Mr. Serrano grabbed Off. Salazar and pulled him toward him. | 33.  Disputed.<br><br>Both officers drew their personal Electrical Control Devices (Tasers) and pointed them at Serrano.  Once |

| | |
|---|---|
| App: pages 49, 96 | activated, the Tasers began to record in both a video and audio mode.  (SS 79)  The recordings show the events for the next minute or so, from both the vantage of Salazar and of Harris.  (Def. Exhibit 11)  The video clearly shows Serrano is on his knees on the ground at first, moving about a bit with both his hands and his knees (he raises one knee at one point and rubs it).  (WH 97)  He reached inside the chest of his sweatshirt and pulled out a crucifix, showing it to the officers.  (SS 65, 83)  At no time do the videos show Serrano coming to his feet or attempting to strike or assault the officers.  (RC 7)  At one point officer Salazar approached Serrano from the left side and appeared to grab his left arm.  Serrano turned toward the officer while on his knees and moved his right arm toward his left wrist, and suddenly, Harris immediately deployed his Taser in a dart mode at Serrano.  (Def. Ex. 11; WH 95, 152;  SS 183) |
| 34.  When Mr. Serrano still failed to comply with commands and began trying to get up, Off. Harris activated | 34.  Disputed.  Serrano immediately fell to the ground, which is the expected reaction of a |

| | |
|---|---|
| his TASER twice more.<br><br>App: pages 98-99, 101 | person being subjected to its electronic current, immobilizing them for the 5 seconds it is cycled.  (WH 97-98; SS 165)  Serrano began emitting noises as if he was in pain.  (EFJr 73-74)  Serrano returned to a kneeling position, pulling up his pants because they had gone down his backside.  (Def. Ex. 11)  The officers continued yelling at Serrano to Stop, but he wasn't being aggressive.  (EHJ 69)  Serrano rolled on the ground, and officer Harris yelled at Serrano to stop rolling.  (WH 10)  Officer Harris cycled his Taser again, then Salazar deployed his Taser.  He cycled it three more times, then Harris pulled the trigger again.  (SS 202; WH 14)  Serrano pleaded with the officers to Stop, yelling 'Por favor," over and over again.  (EH 114, EHJ 74; WH 86) |
| 34.  Off. Salazar also used his TASER three or four times, because Off. Harris' Tasing of Mr. Serrano had not appeared to be effective.<br><br>App: pages 50-52 | 34.  Disputed.<br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They |

| | |
|---|---|
| | Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 35.  This Tasing also did not seem to greatly effect Mr. Serrano, as he again tried to get up.<br>App: pages 55-56 | 35.  Disputed.<br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 36.  When Sgt. Robbie Bornsheur arrived on the scene, he, Officer Harris, and Officer Salazar attempted to handcuff Mr. Serrano.<br>App: pages 61, 65 | 36.  Undisputed. |
| 37.  Mr. Serrano resisted their efforts, moving and kicking, and so it was only after a great deal of effort they were | 37.  Disputed.<br>Salazar and Harris then jumped on top of Serrano, rolling him onto his |

| | |
|---|---|
| able to handcuff Mr. Serrano.<br><br>App: pages 109-110, 117-118 | stomach and attempting to handcuff him.  (SS 204, 211; WH 114, 114-116)  Sgt. Bornsheur arrived and joined in the effort.  The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99)  Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88)  Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141)  Officer Harris punched Serrano several times.  (WH 116, RB 72)  The officers exerted so much energy trying to keep Serrano down that they reported being totally exhausted.  (SS 215, 219, 245; WH 123-124; RB 63)  Salazar had to briefly step back to catch his breath.  (SS 24, 219, 240) |
| 38.  Even after Mr. Serrano was handcuffed, he continued to struggle.<br><br>App: pages 67-68, 115, 134- 135, 144 | 38.  Disputed.<br><br>Officers put out on the radio "One cuffed but not secured."  (Def. Ex. 11)  Witnesses saw the officers continue to hold Serrano down even though he was already handcuffed.  (EHJ 95-96) |
| 39.  At this point, Sgt. Bornsheur was kneeling by Mr. Serrano's right | 39.  Disputed.<br><br>The officers were on top of Serrano's |

| | |
|---|---|
| shoulder with his hand on Mr. Serrano's shoulder, while Officer Harris was doing the same on Mr. Serrano's left.<br>App: page 142 | body from the waist up, trying to hold him down. (EHJ 97, 99) Witnesses saw that Salazar had his knee on Serrano's back. (EHJ 76, 88) Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground. (EH 116, 135-141) |
| 40. Two to four minutes after Mr. Serrano had been handcuffed, the officers noticed that he had stopped breathing and so they began CPR.<br>App: pages 76-78, 119, 123 | 40. Disputed.<br>It appearing Serrano was no longer moving, the officers turned him over on his back to find he was lifeless. A resident of the area yelled out "They killed him, he's dead!" (EHJ 102-104; GS 216) The officers began performing c.p.r. as they called for medical aid. (SS 261) Approximately 5 minutes had passed since the last Taser application. (Ex. 11; RO pp.6) |
| 41. As measured by standard police practices, Officer Salazar had reasonable suspicion to stop and detain Mr. Serrano.<br>App: pages 62, 536-538 | 41. Disputed in part, because they had reason to believe he might be mentally ill (WIC 5150) which is not necessarily a criminal matter. (SS 54-55) |
| 42. Mr. Serrano died as a result of excited delirium.<br>App: pages 166-175, 417, 581-582, 626 | 42. Disputed.<br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, |

| | |
|---|---|
| | opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 43.  Mr. Serrano did not die as a result of being asphyxiated.<br>App: pages 162-163, 354, 581-582, 626 | 43.  Disputed.<br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 44.  Being Tased did not cause Mr. Serrano's death.<br>App: pages 178, 180-181, 494, 581-582, 626 | 44.  Undisputed. |
| 45.  Mr. Serrano did not die as a result of blunt force trauma.<br>App: page 163 | 45.  Undisputed. |
| 46.  There is no evidence that Gabriela Serrano is the personal representative of the Estate of Hutalio Serrano-Granados.<br>Request for Judicial Notice; Declaration | 46.  Disputed.<br>On May 22, 2014, Gabriela Serrano filed a Petition to Administer the Estate of Hutalio Serrano in the Superior Court of California, County of San |

| of Tony M. Sain, paragraph 11 | Bernardino, Case No. PRO PS 1400413 (Pltf's Ex. C) |
|---|---|
| 47.  The tort claim submitted to the City of Colton does not incorporate a claim of interference with familial association. | 48.  Disputed. The tort claim names all the family members who lost their husband or father, and indicates they intend to file for constitutional claims and state claims including intentional and negligent torts.  (Ex. C) |

**FIFTH CLAIM FOR RELIEF**

| 48.  On January 15, 2012, Hutalio Serrano Granados came to the home where his wife and children were staying.  He was acting erratically, walking around and crossing and re-crossing the street. App: pages 254-256, 268-275 | 48. Undisputed. |
|---|---|
| 49.  At that time, Mr. Serrano was under the influence of a high dose of methamphetamine. App: page 155 | 49.  Disputed. Salazar had a suspicion Serrano was under the influence of drugs, although he has never qualified to testify in court as an expert on narcotics.  (SS 62-65) |
| 50.  Mr. Serrano's family was worried about his safety and so made a 911 call to the police. App: pages 243, 257-260, 276; Exhibit 13 | 50. Undisputed. |
| 51.  Officer Saul Salazar of the Colton | 51.  Undisputed. |

| | |
|---|---|
| Police Department responded to the 911 call made by the family of Mr. Serrano.<br><br>App: page 6 | |
| 52. Officer Salazar's plan was to contact Mr. Serrano and evaluate the situation.<br><br>App: page 23 | 52. Disputed in part, because Salazar was aware that the call of a "suspicious person" involved someone who had been walking in and out of traffic. (WH 41) As he got out of the car he initially suspected the person might be mentally ill (WIC 5150) or under the influence of alcohol (PC 647f). (SS 54-55) |
| 53. Off. Salazar felt that Mr. Serrano might be under the influence of drugs, based on his observation that Mr. Serrano was sweating profusely, acting strangely, and did not comply with commands.<br><br>App: page 28 | 53. Undisputed. |
| 54. That, along with concern for his own safety, led Off. Salazar to call for a second officer.<br><br>App: page 33 | 54. Disputed in part because Salazar thought he was acting strangely and suspected he might be under the influence of drugs. (SS 62) Rather than talk to him in a calm manner, Salazar began to yell loudly at Salazar to get down, mostly in English, despite the fact that Serrano was answering |

| | |
|---|---|
| | him in Spanish.  (GS 180; BS 86) Serrano went down to his knees.  (SS 108)  Suddenly, Salazar struck Serrano in the upper body with a flashlight. (GS 183; TH 74)  Serrano immediately got up, but the officer frantically continued yelling at him.  Serrano remained on his knees.  (GS 183-184; WH 78-79) |
| 55.  Mr. Serrano continued to be uncooperative even after a second officer arrived on the scene. App: page 40-41, 48, 92-95 | 55.  Disputed. Colton police officer (Wade Harris) arrived within 6-7 minutes of Salazar's arrival.  (GS 176-177)  He immediately walked up to Serrano and kicked him, then tried to push him down by pushing Serrano in the back with his two hands. (GS 192; EHA 87; WH 57-58)  The witnesses thought Serrano appeared afraid of the police.  (GS 182; TH 73)  Both officers yelled loudly at Serrano, mostly in English.  (EHA 88-89) Serrano remained on his knees and moved around as the officers tried to come up behind him, saying "Por favor," which both officers understood to mean "Please."  (SS 111; WH 62) The family members that were observing thought Serrano appeared |

| | |
|---|---|
| | afraid, and unable to understand, and was pleading with them to stop (as if not to hurt him), but the officers ignored his pleas.  (GS 194; SS 92, 111, 119; WH 65-67) |
| 56.  Off. Harris fired his TASER at Mr. Serrano when Mr. Serrano grabbed Off. Salazar and pulled him toward him.<br><br>App: pages 49, 96 | 56.  Disputed.<br>Both officers drew their personal Electrical Control Devices (Tasers) and pointed them at Serrano.  Once activated, the Tasers began to record in both a video and audio mode.  (SS 79)  The recordings show the events for the next minute or so, from both the vantage of Salazar and of Harris.  (Def. Exhibit 11)  The video clearly shows Serrano is on his knees on the ground at first, moving about a bit with both his hands and his knees (he raises one knee at one point and rubs it).  (WH 97)  He reached inside the chest of his sweatshirt and pulled out a crucifix, showing it to the officers.  (SS 65, 83)  At no time do the videos show Serrano coming to his feet or attempting to strike or assault the officers.  (RC 7)  At one point officer Salazar approached Serrano from the left side and appeared to grab his left arm. |

| | |
|---|---|
| | Serrano turned toward the officer while on his knees and moved his right arm toward his left wrist, and suddenly, Harris immediately deployed his Taser in a dart mode at Serrano.  (Def. Ex. 11; WH 95, 152;  SS 183) |
| 57.  When Mr. Serrano still failed to comply with commands and began trying to get up, Off. Harris activated his TASER twice more.<br>App: pages 98-99, 101 | 57.  Disputed.<br>Serrano immediately fell to the ground, which is the expected reaction of a person being subjected to its electronic current, immobilizing them for the 5 seconds it is cycled.  (WH 97-98; SS 165)  Serrano began emitting noises as if he was in pain.  (EFJr 73-74)  Serrano returned to a kneeling position, pulling up his pants because they had gone down his backside.  (Def. Ex. 11)  The officers continued yelling at Serrano to Stop, but he wasn't being aggressive.  (EHJ 69)  Serrano rolled on the ground, and officer Harris yelled at Serrano to stop rolling.  (WH 10)  Officer Harris cycled his Taser again, then Salazar deployed his Taser.  He cycled it three more times, then Harris pulled the trigger again.  (SS 202; WH 14)  Serrano pleaded with the officers to Stop, yelling 'Por favor," over and |

| | |
|---|---|
| over again.  (EH 114, EHJ 74; WH 86) | |

| | |
|---|---|
| 58.  Off. Salazar also used his TASER three or four times, because Off. Harris' Tasing of Mr. Serrano had not appeared to be effective.<br><br>App: pages 50-52 | 58.  Disputed.<br><br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 59.  This Tasing also did not seem to greatly effect Mr. Serrano, as he again tried to get up.<br><br>App: pages 55-56 | 59.  Disputed.<br><br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS |

| | |
|---|---|
| | 158-159, 202; WH 140) |
| 60.  When Sgt. Robbie Bornsheur arrived on the scene, he, Officer Harris, and Officer Salazar attempted to handcuff Mr. Serrano. App: pages 61, 65 | 60.  Undisputed. |
| 61.  Mr. Serrano resisted their efforts, moving and kicking, and so it was only after a great deal of effort they were able to handcuff Mr. Serrano. App: pages 109-110, 117-118 | 61.  Disputed. Salazar and Harris then jumped on top of Serrano, rolling him onto his stomach and attempting to handcuff him.  (SS 204, 211; WH 114, 114-116) Sgt. Bornsheur arrived and joined in the effort.  The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99) Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88) Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141) Officer Harris punched Serrano several times.  (WH 116, RB 72)  The officers exerted so much energy trying to keep Serrano down that they reported being totally exhausted.  (SS 215, 219, 245; WH 123-124; RB 63)  Salazar had to briefly step back to catch his breath. |

| | |
|---|---|
| | (SS 24, 219, 240) |
| 62.  Even after Mr. Serrano was handcuffed, he continued to struggle. App: pages 67-68, 115, 134- 135, 144 | 62.  Disputed. Officers put out on the radio "One cuffed but not secured."  (Def. Ex. 11) Witnesses saw the officers continue to hold Serrano down even though he was already handcuffed.  (EHJ 95-96) |
| 63.  At this point, Sgt. Bornsheur was kneeling by Mr. Serrano's right shoulder with his hand on Mr. Serrano's shoulder, while Officer Harris was doing the same on Mr. Serrano's left. App: page 142 | 63.  Disputed. The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99)  Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88)  Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141) |
| 64.  Two to four minutes after Mr. Serrano had been handcuffed, the officers noticed that he had stopped breathing and so they began CPR. App: pages 76-78, 119, 123 | 64.  Disputed. It appearing Serrano was no longer moving, the officers turned him over on his back to find he was lifeless.  A resident of the area yelled out "They killed him, he's dead!"  (EHJ 102-104; GS 216)  The officers began performing c.p.r. as they called for medical aid.  (SS 261)  Approximately 5 minutes had passed since the last Taser application.  (Ex. 11; RO pp.6) |

| | | |
|---|---|---|
| 65. As measured by standard police practices, Officer Salazar had reasonable suspicion to stop and detain Mr. Serrano.<br>App: pages 62, 536-538 | 65. Disputed in part, because they had reason to believe he might be mentally ill (WIC 5150) which is not necessarily a criminal matter. (SS 54-55) | |
| 66. Mr. Serrano died as a result of excited delirium.<br>App: pages 166-175, 417, 581-582, 626 | 66. Disputed.<br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes. (RO pp. 10-11) | |
| 67. Mr. Serrano did not die as a result of being asphyxiated.<br>App: pages 162-163, 354, 581-582, 626 | 67. Disputed.<br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes. (RO pp. 10-11) | |
| 68. Being Tased did not cause Mr. Serrano's death.<br>App: pages 178, 180-181, 494, 581-582, | 68. Undisputed. | |

| | |
|---|---|
| 626 | |
| 69.  Mr. Serrano did not die as a result of blunt force trauma.<br>App: page 163 | 69.  Undisputed. |
| 70.  There is no evidence that Gabriela Serrano is the personal representative of the Estate of Hutalio Serrano-Granados.<br>Request for Judicial Notice; Declaration of Tony M. Sain, paragraph 11 | 70.  Disputed.<br>On May 22, 2014, Gabriela Serrano filed a Petition to Administer the Estate of Hutalio Serrano in the Superior Court of California, County of San Bernardino, Case No. PRO PS 1400413 (Pltf's Ex. C) |
| **SIXTH CLAIM FOR RELIEF** | |
| 71.  On January 15, 2012, Hutalio Serrano Granados came to the home where his wife and children were staying.  He was acting erratically, walking around and crossing and re-crossing the street.<br>App: pages 254-256, 268-275 | 71. Undisputed. |
| 72.  At that time, Mr. Serrano was under the influence of a high dose of methamphetamine.<br>App: page 155 | 72.  Disputed.<br>Salazar had a suspicion Serrano was under the influence of drugs, although he has never qualified to testify in court as an expert on narcotics.  (SS 62-65) |
| 73.  Mr. Serrano's family was worried about his safety and so made a 911 call to the police.<br>App: pages 243, 257-260, 276; Exhibit | 73. Undisputed. |

| 13 | |
|---|---|
| 74.  Officer Saul Salazar of the Colton Police Department responded to the 911 call made by the family of Mr. Serrano.<br>App: page 6 | 74.  Undisputed. |
| 75.  Officer Salazar's plan was to contact Mr. Serrano and evaluate the situation.<br>App: page 23 | 75.  Disputed in part, because Salazar was aware that the call of a "suspicious person" involved someone who had been walking in and out of traffic. (WH 41)  As he got out of the car he initially suspected the person might be mentally ill (WIC 5150) or under the influence of alcohol (PC 647f).  (SS 54-55) |
| 76.  Off. Salazar felt that Mr. Serrano might be under the influence of drugs, based on his observation that Mr. Serrano was sweating profusely, acting strangely, and did not comply with commands.<br>App: page 28 | 76.  Undisputed. |
| 77.  That, along with concern for his own safety, led Off. Salazar to call for a second officer.<br>App: page 33 | 77.  Disputed in part because Salazar thought he was acting strangely and suspected he might be under the influence of drugs.  (SS 62) Rather than talk to him in a calm manner, Salazar began to yell loudly at Salazar |

| | |
|---|---|
| | to get down, mostly in English, despite the fact that Serrano was answering him in Spanish.  (GS 180; BS 86) Serrano went down to his knees.  (SS 108)  Suddenly, Salazar struck Serrano in the upper body with a flashlight. (GS 183; TH 74)  Serrano immediately got up, but the officer frantically continued yelling at him.  Serrano remained on his knees.  (GS 183-184; WH 78-79) |
| 78.  Mr. Serrano continued to be uncooperative even after a second officer arrived on the scene. App: page 40-41, 48, 92-95 | 78.  Disputed. Colton police officer (Wade Harris) arrived within 6-7 minutes of Salazar's arrival.  (GS 176-177)  He immediately walked up to Serrano and kicked him, then tried to push him down by pushing Serrano in the back with his two hands.  (GS 192; EHA 87; WH 57-58)  The witnesses thought Serrano appeared afraid of the police.  (GS 182; TH 73)  Both officers yelled loudly at Serrano, mostly in English.  (EHA 88-89) Serrano remained on his knees and moved around as the officers tried to come up behind him, saying "Por favor," which both officers understood to mean "Please."  (SS 111; WH 62) |

| | | |
|---|---|---|
| | | The family members that were observing thought Serrano appeared afraid, and unable to understand, and was pleading with them to stop (as if not to hurt him), but the officers ignored his pleas.  (GS 194; SS 92, 111, 119; WH 65-67) |
| | 79.  Off. Harris fired his TASER at Mr. Serrano when Mr. Serrano grabbed Off. Salazar and pulled him toward him.<br>App: pages 49, 96 | 79.  Disputed.<br>Both officers drew their personal Electrical Control Devices (Tasers) and pointed them at Serrano.  Once activated, the Tasers began to record in both a video and audio mode.  (SS 79)  The recordings show the events for the next minute or so, from both the vantage of Salazar and of Harris.  (Def. Exhibit 11)  The video clearly shows Serrano is on his knees on the ground at first, moving about a bit with both his hands and his knees (he raises one knee at one point and rubs it).  (WH 97)  He reached inside the chest of his sweatshirt and pulled out a crucifix, showing it to the officers.  (SS 65, 83)  At no time do the videos show Serrano coming to his feet or attempting to strike or assault the officers.  (RC 7)  At one point officer Salazar |

| | |
|---|---|
| | approached Serrano from the left side and appeared to grab his left arm. Serrano turned toward the officer while on his knees and moved his right arm toward his left wrist, and suddenly, Harris immediately deployed his Taser in a dart mode at Serrano.  (Def. Ex. 11; WH 95, 152;  SS 183) |
| 80.  When Mr. Serrano still failed to comply with commands and began trying to get up, Off. Harris activated his TASER twice more.<br>App: pages 98-99, 101 | 80.  Disputed.<br>Serrano immediately fell to the ground, which is the expected reaction of a person being subjected to its electronic current, immobilizing them for the 5 seconds it is cycled.  (WH 97-98; SS 165)  Serrano began emitting noises as if he was in pain.  (EFJr 73-74)<br>Serrano returned to a kneeling position, pulling up his pants because they had gone down his backside.  (Def. Ex. 11)<br>The officers continued yelling at Serrano to Stop, but he wasn't being aggressive.  (EHJ 69)  Serrano rolled on the ground, and officer Harris yelled at Serrano to stop rolling.  (WH 10)<br>Officer Harris cycled his Taser again, then Salazar deployed his Taser.  He cycled it three more times, then Harris pulled the trigger again.  (SS 202; WH |

| | |
|---|---|
| | 14)  Serrano pleaded with the officers to Stop, yelling 'Por favor," over and over again.  (EH 114, EHJ 74; WH 86) |
| 81.  Off. Salazar also used his TASER three or four times, because Off. Harris' Tasing of Mr. Serrano had not appeared to be effective.<br>App: pages 50-52 | 81.  Disputed.<br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 82.  This Tasing also did not seem to greatly effect Mr. Serrano, as he again tried to get up.<br>App: pages 55-56 | 82.  Disputed.<br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever |

| | |
|---|---|
| | allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 83.  When Sgt. Robbie Bornsheur arrived on the scene, he, Officer Harris, and Officer Salazar attempted to handcuff Mr. Serrano. App: pages 61, 65 | 83.  Undisputed. |
| 84.  Mr. Serrano resisted their efforts, moving and kicking, and so it was only after a great deal of effort they were able to handcuff Mr. Serrano. App: pages 109-110, 117-118 | 84.  Disputed. Salazar and Harris then jumped on top of Serrano, rolling him onto his stomach and attempting to handcuff him.  (SS 204, 211; WH 114, 114-116) Sgt. Bornsheur arrived and joined in the effort.  The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99) Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88) Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141) Officer Harris punched Serrano several times.  (WH 116, RB 72)  The officers exerted so much energy trying to keep Serrano down that they reported being totally exhausted.  (SS 215, 219, 245; |

| | |
|---|---|
| | WH 123-124; RB 63)  Salazar had to briefly step back to catch his breath. (SS 24, 219, 240) |
| 85.  Even after Mr. Serrano was handcuffed, he continued to struggle. App: pages 67-68, 115, 134- 135, 144 | 85.  Disputed. Officers put out on the radio "One cuffed but not secured."  (Def. Ex. 11) Witnesses saw the officers continue to hold Serrano down even though he was already handcuffed.  (EHJ 95-96) |
| 86.  At this point, Sgt. Bornsheur was kneeling by Mr. Serrano's right shoulder with his hand on Mr. Serrano's shoulder, while Officer Harris was doing the same on Mr. Serrano's left. App: page 142 | 86.  Disputed. The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99)  Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88)  Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141) |
| 87.  Two to four minutes after Mr. Serrano had been handcuffed, the officers noticed that he had stopped breathing and so they began CPR. App: pages 76-78, 119, 123 | 87.  Disputed. It appearing Serrano was no longer moving, the officers turned him over on his back to find he was lifeless.  A resident of the area yelled out "They killed him, he's dead!"  (EHJ 102-104; GS 216)  The officers began performing c.p.r. as they called for medical aid.  (SS 261)  Approximately |

| | |
|---|---|
| | 5 minutes had passed since the last Taser application.  (Ex. 11; RO pp.6) |
| 88.  As measured by standard police practices, Officer Salazar had reasonable suspicion to stop and detain Mr. Serrano.<br>App: pages 62, 536-538 | 88.  Disputed in part, because they had reason to believe he might be mentally ill (WIC 5150) which is not necessarily a criminal matter.  (SS 54-55) |
| 89.  Mr. Serrano died as a result of excited delirium.<br>App: pages 166-175, 417, 581-582, 626 | 89.  Disputed.<br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 90.  Mr. Serrano did not die as a result of being asphyxiated.<br>App: pages 162-163, 354, 581-582, 626 | 90.  Disputed.<br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 91.  Being Tased did not cause Mr. | 91.  Undisputed. |

| | |
|---|---|
| Serrano's death.<br>App: pages 178, 180-181, 494, 581-582, 626 | |
| 92.  Mr. Serrano did not die as a result of blunt force trauma.<br>App: page 163 | 92.  Undisputed. |
| 93.  There is no evidence that Gabriela Serrano is the personal representative of the Estate of Hutalio Serrano-Granados.<br>Request for Judicial Notice; Declaration of Tony M. Sain, paragraph 11 | 93.  Disputed.<br>On May 22, 2014, Gabriela Serrano filed a Petition to Administer the Estate of Hutalio Serrano in the Superior Court of California, County of San Bernardino, Case No. PRO PS 1400413 (Pltf's Ex. C) |
| 94.  The tort claim submitted to the City of Colton does not incorporate a claim of interference with familial association.<br>Declaration of Tony M. Sain, paragraph 10 | 94.  Disputed.<br>The tort claim names all the family members who lost their husband or father, and indicates they intend to file for constitutional claims and state claims including intentional and negligent torts.  (Ex. C) |
| **SEVENTH CLAIM FOR RELIEF** | |
| 95.  On January 15, 2012, Hutalio Serrano Granados came to the home where his wife and children were staying.  He was acting erratically, walking around and crossing and re-crossing the street. | 95. Undisputed. |

| | |
|---|---|
| App: pages 254-256, 268-275 | |
| 96.  At that time, Mr. Serrano was under the influence of a high dose of methamphetamine.<br>App: page 155 | 96.  Disputed.<br>Salazar had a suspicion Serrano was under the influence of drugs, although he has never qualified to testify in court as an expert on narcotics.  (SS 62-65) |
| 97.  Mr. Serrano's family was worried about his safety and so made a 911 call to the police.<br>App: pages 243, 257-260, 276; Exhibit 13 | 97. Undisputed. |
| 98.  Officer Saul Salazar of the Colton Police Department responded to the 911 call made by the family of Mr. Serrano.<br>App: page 6 | 98.  Undisputed. |
| 99.  Officer Salazar's plan was to contact Mr. Serrano and evaluate the situation.<br>App: page 23 | 99.  Disputed in part, because Salazar was aware that the call of a "suspicious person" involved someone who had been walking in and out of traffic.  (WH 41)  As he got out of the car he initially suspected the person might be mentally ill (WIC 5150) or under the influence of alcohol (PC 647f).  (SS 54-55) |
| 100.  Off. Salazar felt that Mr. Serrano might be under the influence of drugs, based on his observation that Mr. | 100.  Undisputed. |

| | |
|---|---|
| Serrano was sweating profusely, acting strangely, and did not comply with commands.<br>App: page 28 | |
| 101.  That, along with concern for his own safety, led Off. Salazar to call for a second officer.<br>App: page 33 | 101.  Disputed in part because Salazar thought he was acting strangely and suspected he might be under the influence of drugs.  (SS 62) Rather than talk to him in a calm manner, Salazar began to yell loudly at Salazar to get down, mostly in English, despite the fact that Serrano was answering him in Spanish.  (GS 180; BS 86) Serrano went down to his knees.  (SS 108)  Suddenly, Salazar struck Serrano in the upper body with a flashlight.  (GS 183; TH 74)  Serrano immediately got up, but the officer frantically continued yelling at him.  Serrano remained on his knees.  (GS 183-184; WH 78-79) |
| 102.  Mr. Serrano continued to be uncooperative even after a second officer arrived on the scene.<br>App: page 40-41, 48, 92-95 | 102.  Disputed.<br>Colton police officer (Wade Harris) arrived within 6-7 minutes of Salazar's arrival.  (GS 176-177)  He immediately walked up to Serrano and kicked him, then tried to push him down by pushing Serrano in the back with his two hands. |

| | |
|---|---|
| | (GS 192; EHA 87; WH 57-58)  The witnesses thought Serrano appeared afraid of the police.  (GS 182; TH 73)  Both officers yelled loudly at Serrano, mostly in English.  (EHA 88-89)  Serrano remained on his knees and moved around as the officers tried to come up behind him, saying "Por favor," which both officers understood to mean "Please."  (SS 111; WH 62)  The family members that were observing thought Serrano appeared afraid, and unable to understand, and was pleading with them to stop (as if not to hurt him), but the officers ignored his pleas.  (GS 194; SS 92, 111, 119; WH 65-67) |
| 103.  Off. Harris fired his TASER at Mr. Serrano when Mr. Serrano grabbed Off. Salazar and pulled him toward him. App: pages 49, 96 | 103.  Disputed. Both officers drew their personal Electrical Control Devices (Tasers) and pointed them at Serrano.  Once activated, the Tasers began to record in both a video and audio mode.  (SS 79)  The recordings show the events for the next minute or so, from both the vantage of Salazar and of Harris.  (Def. Exhibit 11)  The video clearly shows Serrano is on his knees on the ground |

| | |
|---|---|
| | at first, moving about a bit with both his hands and his knees (he raises one knee at one point and rubs it). (WH 97) He reached inside the chest of his sweatshirt and pulled out a crucifix, showing it to the officers. (SS 65, 83) At no time do the videos show Serrano coming to his feet or attempting to strike or assault the officers. (RC 7) At one point officer Salazar approached Serrano from the left side and appeared to grab his left arm. Serrano turned toward the officer while on his knees and moved his right arm toward his left wrist, and suddenly, Harris immediately deployed his Taser in a dart mode at Serrano. (Def. Ex. 11; WH 95, 152; SS 183) |
| 104.  When Mr. Serrano still failed to comply with commands and began trying to get up, Off. Harris activated his TASER twice more.<br>App: pages 98-99, 101 | 104.  Disputed.<br>Serrano immediately fell to the ground, which is the expected reaction of a person being subjected to its electronic current, immobilizing them for the 5 seconds it is cycled. (WH 97-98; SS 165) Serrano began emitting noises as if he was in pain. (EFJr 73-74) Serrano returned to a kneeling position, pulling up his pants because they had |

| | |
|---|---|
| | gone down his backside. (Def. Ex. 11) The officers continued yelling at Serrano to Stop, but he wasn't being aggressive. (EHJ 69) Serrano rolled on the ground, and officer Harris yelled at Serrano to stop rolling. (WH 10) Officer Harris cycled his Taser again, then Salazar deployed his Taser. He cycled it three more times, then Harris pulled the trigger again. (SS 202; WH 14) Serrano pleaded with the officers to Stop, yelling 'Por favor," over and over again. (EH 114, EHJ 74; WH 86) |
| 105. Off. Salazar also used his TASER three or four times, because Off. Harris' Tasing of Mr. Serrano had not appeared to be effective.<br><br>App: pages 50-52 | 105. Disputed.<br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English. (WH 58, 90) Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano. (EHJ 75, 79, 126; EH 114, 132-133) They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders. (SS 158-159, 202; WH 140) |
| 106. This Tasing also did not seem to | 106. Disputed. |

| | |
|---|---|
| greatly effect Mr. Serrano, as he again tried to get up.<br>App: pages 55-56 | Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 107.  When Sgt. Robbie Bornsheur arrived on the scene, he, Officer Harris, and Officer Salazar attempted to handcuff Mr. Serrano.<br>App: pages 61, 65 | 107.  Undisputed. |
| 108.  Mr. Serrano resisted their efforts, moving and kicking, and so it was only after a great deal of effort they were able to handcuff Mr. Serrano.<br>App: pages 109-110, 117-118 | 108.  Disputed.<br>Salazar and Harris then jumped on top of Serrano, rolling him onto his stomach and attempting to handcuff him.  (SS 204, 211; WH 114, 114-116)  Sgt. Bornsheur arrived and joined in the effort.  The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99)  Witnesses saw that Salazar had his |

| | |
|---|---|
| | knee on Serrano's back.  (EHJ 76, 88)  Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141)  Officer Harris punched Serrano several times.  (WH 116, RB 72)  The officers exerted so much energy trying to keep Serrano down that they reported being totally exhausted.  (SS 215, 219, 245; WH 123-124; RB 63)  Salazar had to briefly step back to catch his breath.  (SS 24, 219, 240) |
| 109.  Even after Mr. Serrano was handcuffed, he continued to struggle.  App: pages 67-68, 115, 134- 135, 144 | 109.  Disputed.  Officers put out on the radio "One cuffed but not secured."  (Def. Ex. 11)  Witnesses saw the officers continue to hold Serrano down even though he was already handcuffed.  (EHJ 95-96) |
| 110.  At this point, Sgt. Bornsheur was kneeling by Mr. Serrano's right shoulder with his hand on Mr. Serrano's shoulder, while Officer Harris was doing the same on Mr. Serrano's left.  App: page 142 | 110.  Disputed.  The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99)  Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88)  Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the |

| | |
|---|---|
| ground.  (EH 116, 135-141) | |
| 111.  Two to four minutes after Mr. Serrano had been handcuffed, the officers noticed that he had stopped breathing and so they began CPR. App: pages 76-78, 119, 123 | 111.  Disputed. It appearing Serrano was no longer moving, the officers turned him over on his back to find he was lifeless.  A resident of the area yelled out "They killed him, he's dead!"  (EHJ 102-104; GS 216)  The officers began performing c.p.r. as they called for medical aid.  (SS 261)  Approximately 5 minutes had passed since the last Taser application.  (Ex. 11; RO pp.6) |
| 112.  As measured by standard police practices, Officer Salazar had reasonable suspicion to stop and detain Mr. Serrano. App: pages 62, 536-538 | 112.  Disputed in part, because they had reason to believe he might be mentally ill (WIC 5150) which is not necessarily a criminal matter.  (SS 54-55) |
| 113.  Mr. Serrano died as a result of excited delirium. App: pages 166-175, 417, 581-582, 626 | 113.  Disputed. Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 114.  Mr. Serrano did not die as a result | 114.  Disputed. |

| | |
|---|---|
| of being asphyxiated.<br>App: pages 162-163, 354, 581-582, 626 | Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 115.  Being Tased did not cause Mr. Serrano's death.<br>App: pages 178, 180-181, 494, 581-582, 626 | 115.  Undisputed. |
| 116.  Mr. Serrano did not die as a result of blunt force trauma.<br>App: page 163 | 116.  Undisputed. |

***EIGHTH CLAIM FOR RELIEF THIRD CLAIM FOR RELIEF***

| | |
|---|---|
| 117.  On January 15, 2012, Hutalio Serrano Granados came to the home where his wife and children were staying.  He was acting erratically, walking around and crossing and re-crossing the street.<br>App: pages 254-256, 268-275 | 117. Undisputed. |
| 118.  At that time, Mr. Serrano was under the influence of a high dose of methamphetamine.<br>App: page 155 | 118.  Disputed.<br>Salazar had a suspicion Serrano was under the influence of drugs, although he has never qualified to testify in court |

| | |
|---|---|
| | as an expert on narcotics.  (SS 62-65) |
| 119.  Mr. Serrano's family was worried about his safety and so made a 911 call to the police. App: pages 243, 257-260, 276; Exhibit 13 | 119. Undisputed. |
| 120.  Officer Saul Salazar of the Colton Police Department responded to the 911 call made by the family of Mr. Serrano. App: page 6 | 120.  Undisputed. |
| 121.  Officer Salazar's plan was to contact Mr. Serrano and evaluate the situation. App: page 23 | 121.  Disputed in part, because Salazar was aware that the call of a "suspicious person" involved someone who had been walking in and out of traffic. (WH 41)  As he got out of the car he initially suspected the person might be mentally ill (WIC 5150) or under the influence of alcohol (PC 647f).  (SS 54-55) |
| 122.  Off. Salazar felt that Mr. Serrano might be under the influence of drugs, based on his observation that Mr. Serrano was sweating profusely, acting strangely, and did not comply with commands. App: page 28 | 122.  Undisputed. |
| 123.  That, along with concern for his | 123.  Disputed in part because Salazar |

| | |
|---|---|
| own safety, led Off. Salazar to call for a second officer.<br><br>App: page 33 | thought he was acting strangely and suspected he might be under the influence of drugs.  (SS 62) Rather than talk to him in a calm manner, Salazar began to yell loudly at Salazar to get down, mostly in English, despite the fact that Serrano was answering him in Spanish.  (GS 180; BS 86) Serrano went down to his knees.  (SS 108)  Suddenly, Salazar struck Serrano in the upper body with a flashlight.  (GS 183; TH 74)  Serrano immediately got up, but the officer frantically continued yelling at him.  Serrano remained on his knees.  (GS 183-184; WH 78-79) |
| 124.  Mr. Serrano continued to be uncooperative even after a second officer arrived on the scene.<br><br>App: page 40-41, 48, 92-95 | 124.  Disputed.<br>Colton police officer (Wade Harris) arrived within 6-7 minutes of Salazar's arrival.  (GS 176-177)  He immediately walked up to Serrano and kicked him, then tried to push him down by pushing Serrano in the back with his two hands.  (GS 192; EHA 87; WH 57-58)  The witnesses thought Serrano appeared afraid of the police.  (GS 182; TH 73)  Both officers yelled loudly at Serrano, mostly in English.  (EHA 88-89) |

| | |
|---|---|
| | Serrano remained on his knees and moved around as the officers tried to come up behind him, saying "Por favor," which both officers understood to mean "Please." (SS 111; WH 62) The family members that were observing thought Serrano appeared afraid, and unable to understand, and was pleading with them to stop (as if not to hurt him), but the officers ignored his pleas. (GS 194; SS 92, 111, 119; WH 65-67) |
| 125. Off. Harris fired his TASER at Mr. Serrano when Mr. Serrano grabbed Off. Salazar and pulled him toward him.<br>App: pages 49, 96 | 125. Disputed.<br>Both officers drew their personal Electrical Control Devices (Tasers) and pointed them at Serrano. Once activated, the Tasers began to record in both a video and audio mode. (SS 79) The recordings show the events for the next minute or so, from both the vantage of Salazar and of Harris. (Def. Exhibit 11) The video clearly shows Serrano is on his knees on the ground at first, moving about a bit with both his hands and his knees (he raises one knee at one point and rubs it). (WH 97) He reached inside the chest of his sweatshirt and pulled out a crucifix, |

| | |
|---|---|
| | showing it to the officers.  (SS 65, 83) At no time do the videos show Serrano coming to his feet or attempting to strike or assault the officers.  (RC 7) At one point officer Salazar approached Serrano from the left side and appeared to grab his left arm. Serrano turned toward the officer while on his knees and moved his right arm toward his left wrist, and suddenly, Harris immediately deployed his Taser in a dart mode at Serrano.  (Def. Ex. 11; WH 95, 152;  SS 183) |
| 126.  When Mr. Serrano still failed to comply with commands and began trying to get up, Off. Harris activated his TASER twice more.<br>App: pages 98-99, 101 | 126.  Disputed.<br>Serrano immediately fell to the ground, which is the expected reaction of a person being subjected to its electronic current, immobilizing them for the 5 seconds it is cycled.  (WH 97-98; SS 165)  Serrano began emitting noises as if he was in pain.  (EFJr 73-74) Serrano returned to a kneeling position, pulling up his pants because they had gone down his backside.  (Def. Ex. 11) The officers continued yelling at Serrano to Stop, but he wasn't being aggressive.  (EHJ 69)  Serrano rolled on the ground, and officer Harris yelled |

| | |
|---|---|
| | at Serrano to stop rolling.  (WH 10) Officer Harris cycled his Taser again, then Salazar deployed his Taser.  He cycled it three more times, then Harris pulled the trigger again.  (SS 202; WH 14)  Serrano pleaded with the officers to Stop, yelling 'Por favor," over and over again.  (EH 114, EHJ 74; WH 86) |
| 127.  Off. Salazar also used his TASER three or four times, because Off. Harris' Tasing of Mr. Serrano had not appeared to be effective.<br>App: pages 50-52 | 127.  Disputed.<br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 128.  This Tasing also did not seem to greatly effect Mr. Serrano, as he again tried to get up.<br>App: pages 55-56 | 128.  Disputed.<br>Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers |

| | |
|---|---|
| | continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 129.  When Sgt. Robbie Bornsheur arrived on the scene, he, Officer Harris, and Officer Salazar attempted to handcuff Mr. Serrano. App: pages 61, 65 | 129.  Undisputed. |
| 130.  Mr. Serrano resisted their efforts, moving and kicking, and so it was only after a great deal of effort they were able to handcuff Mr. Serrano. App: pages 109-110, 117-118 | 130.  Disputed. Salazar and Harris then jumped on top of Serrano, rolling him onto his stomach and attempting to handcuff him.  (SS 204, 211; WH 114, 114-116) Sgt. Bornsheur arrived and joined in the effort.  The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99) Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88) Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141) |

|  |  |
|---|---|
|  | Officer Harris punched Serrano several times.  (WH 116, RB 72)  The officers exerted so much energy trying to keep Serrano down that they reported being totally exhausted.  (SS 215, 219, 245; WH 123-124; RB 63)  Salazar had to briefly step back to catch his breath.  (SS 24, 219, 240) |
| 131.  Even after Mr. Serrano was handcuffed, he continued to struggle.  App: pages 67-68, 115, 134- 135, 144 | 131.  Disputed.  Officers put out on the radio "One cuffed but not secured."  (Def. Ex. 11)  Witnesses saw the officers continue to hold Serrano down even though he was already handcuffed.  (EHJ 95-96) |
| 132.  At this point, Sgt. Bornsheur was kneeling by Mr. Serrano's right shoulder with his hand on Mr. Serrano's shoulder, while Officer Harris was doing the same on Mr. Serrano's left.  App: page 142 | 132.  Disputed.  The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99)  Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88)  Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141) |
| 133.  Two to four minutes after Mr. Serrano had been handcuffed, the officers noticed that he had stopped breathing and so they began CPR. | 133.  Disputed.  It appearing Serrano was no longer moving, the officers turned him over on his back to find he was lifeless.  A |

| | |
|---|---|
| App: pages 76-78, 119, 123 | resident of the area yelled out "They killed him, he's dead!"  (EHJ 102-104; GS 216)  The officers began performing c.p.r. as they called for medical aid.  (SS 261)  Approximately 5 minutes had passed since the last Taser application.  (Ex. 11; RO pp.6) |
| 134.  As measured by standard police practices, Officer Salazar had reasonable suspicion to stop and detain Mr. Serrano.<br>App: pages 62, 536-538 | 134.  Disputed in part, because they had reason to believe he might be mentally ill (WIC 5150) which is not necessarily a criminal matter.  (SS 54-55) |
| 135.  Mr. Serrano died as a result of excited delirium.<br>App: pages 166-175, 417, 581-582, 626 | 135.  Disputed.<br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 136.  Mr. Serrano did not die as a result of being asphyxiated.<br>App: pages 162-163, 354, 581-582, 626 | 136.  Disputed.<br>Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive |

| | |
|---|---|
| | compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 137.  Being Tased did not cause Mr. Serrano's death.<br>App: pages 178, 180-181, 494, 581-582, 626 | 137.  Undisputed. |
| 138.  Mr. Serrano did not die as a result of blunt force trauma.<br>App: page 163 | 138.  Undisputed. |
| 139.  There is no evidence that Gabriela Serrano is the personal representative of the Estate of Hutalio Serrano-Granados.<br>Request for Judicial Notice; Declaration of Tony M. Sain, paragraph 11 | 139.  Disputed.<br>On May 22, 2014, Gabriela Serrano filed a Petition to Administer the Estate of Hutalio Serrano in the Superior Court of California, County of San Bernardino, Case No. PRO PS 1400413 (Pltf's Ex. C) |
| 140.  The only damages suffered by Mr. Serrano prior to his death were non-economic. | 140.  Disputed. |
| ***NINTH CLAIM FOR RELIEF*** | |
| 141.  On January 15, 2012, Hutalio Serrano Granados came to the home where his wife and children were staying.  He was acting erratically, walking around and crossing and re-crossing the street. | 141. Undisputed. |

| | |
|---|---|
| App: pages 254-256, 268-275 | |
| 142.  At that time, Mr. Serrano was under the influence of a high dose of methamphetamine.<br>App: page 155 | 142.  Disputed.<br>Salazar had a suspicion Serrano was under the influence of drugs, although he has never qualified to testify in court as an expert on narcotics.  (SS 62-65) |
| 143.  Mr. Serrano's family was worried about his safety and so made a 911 call to the police.<br>App: pages 243, 257-260, 276; Exhibit 13 | 143. Undisputed. |
| 144.  Officer Saul Salazar of the Colton Police Department responded to the 911 call made by the family of Mr. Serrano.<br>App: page 6 | 144.  Undisputed. |
| 145.  Officer Salazar's plan was to contact Mr. Serrano and evaluate the situation.<br>App: page 23 | 145.  Disputed in part, because Salazar was aware that the call of a "suspicious person" involved someone who had been walking in and out of traffic. (WH 41)  As he got out of the car he initially suspected the person might be mentally ill (WIC 5150) or under the influence of alcohol (PC 647f).  (SS 54-55) |
| 146.  Off. Salazar felt that Mr. Serrano might be under the influence of drugs, based on his observation that Mr. | 146.  Undisputed. |

| | |
|---|---|
| Serrano was sweating profusely, acting strangely, and did not comply with commands. App: page 28 | |
| 147.  That, along with concern for his own safety, led Off. Salazar to call for a second officer. App: page 33 | 147.  Disputed in part because Salazar thought he was acting strangely and suspected he might be under the influence of drugs.  (SS 62) Rather than talk to him in a calm manner, Salazar began to yell loudly at Salazar to get down, mostly in English, despite the fact that Serrano was answering him in Spanish.  (GS 180; BS 86) Serrano went down to his knees.  (SS 108)  Suddenly, Salazar struck Serrano in the upper body with a flashlight. (GS 183; TH 74)  Serrano immediately got up, but the officer frantically continued yelling at him.  Serrano remained on his knees.  (GS 183-184; WH 78-79) |
| 148.  Mr. Serrano continued to be uncooperative even after a second officer arrived on the scene. App: page 40-41, 48, 92-95 | 148.  Disputed. Colton police officer (Wade Harris) arrived within 6-7 minutes of Salazar's arrival.  (GS 176-177)  He immediately walked up to Serrano and kicked him, then tried to push him down by pushing Serrano in the back with his two hands. |

| | |
|---|---|
| | (GS 192; EHA 87; WH 57-58)  The witnesses thought Serrano appeared afraid of the police.  (GS 182; TH 73)  Both officers yelled loudly at Serrano, mostly in English.  (EHA 88-89)  Serrano remained on his knees and moved around as the officers tried to come up behind him, saying "Por favor," which both officers understood to mean "Please."  (SS 111; WH 62)  The family members that were observing thought Serrano appeared afraid, and unable to understand, and was pleading with them to stop (as if not to hurt him), but the officers ignored his pleas.  (GS 194; SS 92, 111, 119; WH 65-67) |
| 149.  Off. Harris fired his TASER at Mr. Serrano when Mr. Serrano grabbed Off. Salazar and pulled him toward him.<br><br>App: pages 49, 96 | 149.  Disputed.<br>Both officers drew their personal Electrical Control Devices (Tasers) and pointed them at Serrano.  Once activated, the Tasers began to record in both a video and audio mode.  (SS 79)  The recordings show the events for the next minute or so, from both the vantage of Salazar and of Harris.  (Def. Exhibit 11)  The video clearly shows Serrano is on his knees on the ground |

| | |
|---|---|
| | at first, moving about a bit with both his hands and his knees (he raises one knee at one point and rubs it).  (WH 97)  He reached inside the chest of his sweatshirt and pulled out a crucifix, showing it to the officers.  (SS 65, 83)  At no time do the videos show Serrano coming to his feet or attempting to strike or assault the officers.  (RC 7)  At one point officer Salazar approached Serrano from the left side and appeared to grab his left arm.  Serrano turned toward the officer while on his knees and moved his right arm toward his left wrist, and suddenly, Harris immediately deployed his Taser in a dart mode at Serrano.  (Def. Ex. 11; WH 95, 152;  SS 183) |
| 150.  When Mr. Serrano still failed to comply with commands and began trying to get up, Off. Harris activated his TASER twice more.<br>App: pages 98-99, 101 | 150.  Disputed.<br>Serrano immediately fell to the ground, which is the expected reaction of a person being subjected to its electronic current, immobilizing them for the 5 seconds it is cycled.  (WH 97-98; SS 165)  Serrano began emitting noises as if he was in pain.  (EFJr 73-74)  Serrano returned to a kneeling position, pulling up his pants because they had |

| | |
|---|---|
| | gone down his backside.  (Def. Ex. 11) The officers continued yelling at Serrano to Stop, but he wasn't being aggressive.  (EHJ 69)  Serrano rolled on the ground, and officer Harris yelled at Serrano to stop rolling.  (WH 10) Officer Harris cycled his Taser again, then Salazar deployed his Taser.  He cycled it three more times, then Harris pulled the trigger again.  (SS 202; WH 14)  Serrano pleaded with the officers to Stop, yelling 'Por favor," over and over again.  (EH 114, EHJ 74; WH 86) |
| 151.  Off. Salazar also used his TASER three or four times, because Off. Harris' Tasing of Mr. Serrano had not appeared to be effective. App: pages 50-52 | 151.  Disputed. Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 152.  This Tasing also did not seem to | 152.  Disputed. |

| | |
|---|---|
| greatly effect Mr. Serrano, as he again tried to get up.<br><br>App: pages 55-56 | Despite being on the ground, the officers were yelling at him to "Get on the ground," again in English.  (WH 58, 90)  Even though he was on the ground, in a fetal position, the officers continued Tasing Serrano.  (EHJ 75, 79, 126; EH 114, 132-133)  They Tased Serrano a combined total of seven times within a 42 second period, one right after the other, without ever allowing Serrano an opportunity to comply with any of their orders.  (SS 158-159, 202; WH 140) |
| 153.  When Sgt. Robbie Bornsheur arrived on the scene, he, Officer Harris, and Officer Salazar attempted to handcuff Mr. Serrano.<br><br>App: pages 61, 65 | 153.  Undisputed. |
| 154.  Mr. Serrano resisted their efforts, moving and kicking, and so it was only after a great deal of effort they were able to handcuff Mr. Serrano.<br><br>App: pages 109-110, 117-118 | 154.  Disputed.<br>Salazar and Harris then jumped on top of Serrano, rolling him onto his stomach and attempting to handcuff him.  (SS 204, 211; WH 114, 114-116) Sgt. Bornsheur arrived and joined in the effort.  The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99) Witnesses saw that Salazar had his |

| | |
|---|---|
| | knee on Serrano's back.  (EHJ 76, 88) Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the ground.  (EH 116, 135-141) Officer Harris punched Serrano several times.  (WH 116, RB 72)  The officers exerted so much energy trying to keep Serrano down that they reported being totally exhausted.  (SS 215, 219, 245; WH 123-124; RB 63)  Salazar had to briefly step back to catch his breath.  (SS 24, 219, 240) |
| 155.  Even after Mr. Serrano was handcuffed, he continued to struggle. App: pages 67-68, 115, 134- 135, 144 | 155.  Disputed. Officers put out on the radio "One cuffed but not secured."  (Def. Ex. 11) Witnesses saw the officers continue to hold Serrano down even though he was already handcuffed.  (EHJ 95-96) |
| 156.  At this point, Sgt. Bornsheur was kneeling by Mr. Serrano's right shoulder with his hand on Mr. Serrano's shoulder, while Officer Harris was doing the same on Mr. Serrano's left. App: page 142 | 156.  Disputed. The officers were on top of Serrano's body from the waist up, trying to hold him down.  (EHJ 97, 99)  Witnesses saw that Salazar had his knee on Serrano's back.  (EHJ 76, 88)  Serrano appeared to struggle to push himself up, but the officers applied superior pressure to keep him pinned to the |

| | | |
|---|---|---|
| 1 | | ground.  (EH 116, 135-141) |
| 2 | 157.  Two to four minutes after Mr. Serrano had been handcuffed, the officers noticed that he had stopped breathing and so they began CPR. App: pages 76-78, 119, 123 | 157.  Disputed. It appearing Serrano was no longer moving, the officers turned him over on his back to find he was lifeless.  A resident of the area yelled out "They killed him, he's dead!"  (EHJ 102-104; GS 216)  The officers began performing c.p.r. as they called for medical aid. (SS 261)  Approximately 5 minutes had passed since the last Taser application.  (Ex. 11; RO pp.6) |
| 13 | 158.  As measured by standard police practices, Officer Salazar had reasonable suspicion to stop and detain Mr. Serrano. App: pages 62, 536-538 | 158.  Disputed in part, because they had reason to believe he might be mentally ill (WIC 5150) which is not necessarily a criminal matter.  (SS 54-55) |
| 18 | 159.  Mr. Serrano died as a result of excited delirium. App: pages 166-175, 417, 581-582, 626 | 159.  Disputed. Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 28 | 160.  Mr. Serrano did not die as a result | 160.  Disputed. |

| | |
|---|---|
| of being asphyxiated.<br>App: pages 162-163, 354, 581-582, 626 | Serrano died of cardiac failure, which Ronald L. O'Halloran, M.D., the former Coroner of Ventura County, opined was due to "Restraint Asphyxia" because of the extensive compression on Serrano by the combined body weight of the officers while in a prone position, for two to three minutes.  (RO pp. 10-11) |
| 161.  Being Tased did not cause Mr. Serrano's death.<br>App: pages 178, 180-181, 494, 581-582, 626 | 161.  Undisputed. |
| 162.  Mr. Serrano did not die as a result of blunt force trauma.<br>App: page 163 | 162.  Undisputed. |
| 163.  There is no evidence that Gabriela Serrano is the personal representative of the Estate of Hutalio Serrano-Granados.<br>Request for Judicial Notice; Declaration of Tony M. Sain, paragraph 11 | 163.  Disputed.<br>On May 22, 2014, Gabriela Serrano filed a Petition to Administer the Estate of Hutalio Serrano in the Superior Court of California, County of San Bernardino, Case No. PRO PS 1400413 (Pltf's Ex. C) |

Dated: May 26, 2014                      LAW OFFICES OF JORGE GONZALEZ


                              By:            /S/

                                   Jorge Gonzalez

One of the Attorneys for Plaintiffs
ESTATE OF HUTALIO SERRANO-
GRANADOS, GABRIELA SERRANO, and
Minors B.S., G.L.S., and G.S.