1    Francisco A. Suarez (CBN 135479)
     LAW OFFICES OF FRANCISCO A. SUAREZ
2    301 W. Mission Boulevard
     Pomona, California 91766
3    T − 909-469-5111
     F − 909-469-5113
4    E-mail: francisco.a.suarez@verizon.net

5    Jorge Gonzalez (CBN 100799)
     A PROFESSIONAL CORPORATION
6    2485 Huntington Drive, Suite 238
     San Marino, California 91108
7    T − 213-598-3278
     E-mail: jggorgeous@aol.com
8
     Attorneys for Plaintiffs
9

10

11                    UNITED STATES DISTRICT COURT

12         FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14   **ESTATE OF HUTALIO SERRANO-**      **Case No.: EDCV  13-519 JAK (OPx)**
     **GRANADOS, by and through its**    *[Hon. John A. Kronstadt, District*
15   **personal representative GABRIELA**  *Judge, Hon. Osvaldo Parada,*
     **SERRANO; GABRIELA SERRANO**       *Magistrate Judge]*
16   **(for herself); B.S., G.L.S., and G.S.,**
     **minor children of Plaintiffs'**   **PLAINTIFFS' APPENDIX OF**
17   **Decedent, by and through their**  **EXHIBITS FILED IN SUPPORT OF**
     **Guardian ad Litem GABRIELA**      **THEIR OPPOSITION TO**
18   **SERRANO,**                        **DEFENDANT'S MOTION FOR**
                                         **SUMMARY JUDGMENT, OR, IN**
19              **Plaintiffs,**          **THE ALTERNATIVE SUMMARY**
                                         **JUDGMENT; EXHIBIT A**
20         **vs.**
                                         [*Filed Concurrently With Plaintiffs'*
21   **CITY OF COLTON, a public entity;**  *Concise Statement of Genuine*
     **DOES 1 through 10, individually and**  *Disputes of Material Fact, and*
22   **in their official capacity as police**  *Exhibits*]
     **officers for the CITY OF COLTON,**
23
                **Defendants.**          **DATE: June 16, 2014**
24                                       **TIME: 8:30 a.m.**
                                         **CRTRM: 750**
25

26

27

28

     PLAINTIFFS' APPENDIX OF EXHIBITS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
                                          i

Plaintiffs hereby submit the following Appendix of Exhibits in support of their Opposition to Defendant's Motion for Summary Judgment.

A.      Rule 26 report of Ronald L. O'Halloran, expert pathologist retained by plaintiffs, dated May 2, 2014 (13 pages), denoted in pleadings as "RO";

B.      Rule 26 report of Roger Clark, police practices expert retained by plaintiffs, dated May 2, 2014 (23 pages), denoted in pleadings as "RC";

C.      Copy of Claim for Damages filed July 12, 2012, including mailing receipts, and copy of denial letter from County of San Bernardino, dated November 28, 2012 (4 pages);

D.      Petition for Administration of Estate of Hutalio Serrano Granados, filed May 22, 2014, by Gabriela Serrano, Case No. PRO PS 14000413;

E.      Deposition of Saul Salazar, taken January 15, 2014, and April 11, 2014, selected pages, denoted in pleadings as "SS";

F.      Deposition of Wade Harris, taken April 29, 2014, selected pages, denoted in pleadings as "WH";

G.      Deposition of Sgt. Robbie Bornsheur, taken April 30, 2014, select pages, denoted in pleadings as "RB";

H.      Deposition of Gabriela Serrano, taken November 1, 2013, and November 7, 2013, selected pages, denoted in pleadings as "GS";

I.      Deposition of Eduardo Hernandez, taken November 5, 2014, selected pages, denoted in pleadings as "EH";

J.      Deposition of Efrain Hernandez Acosta, taken November 6, 2014, selected pages, denoted in pleadings as "EHA";

K.      Deposition of Efrain Hernandez, Jr., taken November 12, 2013, selected pages, denoted in pleadings as "EHJ";

L.      Deposition of Teresa Hernandez, taken November 18, 2014, selected pages, denoted in pleadings as "TH";

1   M.      Deposition of Biviana Serrano, taken March 25, 2104, selected pages,

2   denoted in pleadings as "BS".

3

4   Dated: May 26, 2014                    LAW OFFICES OF JORGE GONZALEZ

5

6                                          By:            /S/

7                                              Jorge Gonzalez

8
                                           One of the Attorneys for Plaintiffs
9                                          ESTATE OF HUTALIO SERRANO-
                                           GRANADOS, GABRIELA SERRANO, and
10                                         Minors B.S., G.L.S., and G.S.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28