1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF HUTALIO SERRANO-GRANADOS, by and through its personal representative GABRIELA SERRANO; GABRIEL SERRANO (for herself); B.S., G.L.S., and G.S., minor children of Plaintiffs' Decedent, by and through their Guardian ad Litem GABRIELA SERRANO,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>CITY OF COLTON, a public entity; DOES 1 through 10, individually and in their official capacity as police officers for the CITY OF COLTON,<br><br>　　　Defendants. | Case No.: CV-13-00519-JAK (JEMx)<br>[*Hon. John Kronstadt, District Judge; John E McDermott, Magistrate Judge*]<br><br>**AMENDED JUDGMENT AND ORDER GRANTING PLAINTIFFS' PETITION FOR APPROVAL OF MINORS' COMPROMISE**<br><br>**JS-6** |

## JUDGMENT

　**IT APPEARING THAT GOOD CAUSE EXISTS,**

　The Court hereby approves of the Petition of the Plaintiffs herein, ESTATE OF HUTALIO SERRANO-GRANADOS, GABRIELA SERRANO, BIVIANA

SERRANO, and the Minors G.L.S., and G.S., by and through their Guardian ad Litem GABRIELA SERRANO, the mother of the Minors, for approval of the plan for the compromise of the Minors' claims herein.

The Court hereby approves the award of attorney fees to counsel for Plaintiffs, JORGE GONZALEZ, of one-third (33 1/3%) of the total settlement amount, including the amount apportioned for the Minors as set forth below, for a total attorney fees of $250,000.00. Mr. Gonzalez will also absorb the costs of the litigation.

The Court further approves of the distribution of the balance of the settlement amount between the Plaintiffs as set forth below.

| | |
|---|---|
| GABRIELA SERRANO, wife/mother: | $275,000.00 |
| BIVIANA SERRANO, daughter (18 y/o) | $75,000.00 |
| G.L.S., minor son (16 y/o): | $75,000.00 |
| G.S., minor daughter (10 y/o): | $75,000.00 |

The amount apportioned for the Minors G.L.S. and G.S. will be deposited into separate blocked trust accounts established for each of their benefit, to preserve and maintain the Minors' share of the settlement until such time as the Minors reach the age of 18, at which time they may elect to terminate the Trust Account or continue to maintain the account but have full unfettered access to it as they may desire. The Mother, GABRIELA SERRANO, may be appointed Administrator of such accounts.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_____
The Honorable John A. Kronstadt
United States District Judge