JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF HUTALIO SERRANO-GRANADOS**, by and through its personal representative **GABRIELA SERRANO**; **GABRIELA SERRANO** (for herself); B.S., G.L.S., and G.S., minor children of Plaintiffs' Decedent, by and through their Guardian ad Litem **GABRIELA SERRANO**,<br><br>Plaintiffs,<br><br>vs.<br><br>**CITY OF COLTON**, a public entity; DOES 1 through 10, individually and in their official capacity as police officers for the **CITY OF COLTON**,<br><br>Defendants. | Case No.: CV 13-519 JAK (OPx)<br>*[Hon. John A. Kronstadt, District Judge, Hon. Osvaldo Peralta, Magistrate Judge]*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

**PURSUANT TO THE STIPULATION OF THE PARTIES:**

After due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

**IT IS HEREBY ORDERED** that:

1. In light of the parties' out-of-court resolution of the claims at issue, the Court hereby **DISMISSES WITH PREJUDICE** the above entitled action in its entirety, including dismissal with prejudice of all claims against any and all parties to such action, and dismissal with prejudice of all parties to such action.

2. Nothing in this Order shall be construed as any addendum or modification of the parties' written release-settlement agreement.

**IT IS SO ORDERED.**

Dated: August 21_, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE